IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,          No. CIV.S-06-1614 MCE DAD PS

    Plaintiff,

  v.                              <u>ORDER AND</u>

TURNING POINT PROGRAM,          <u>ORDER TO SHOW CAUSE</u>

    Defendant.
_____/

    Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

    Plaintiff's amended complaint is submitted on a state court form complaint for breach of contract. That amended complaint indicates that plaintiff is suing a local non-profit mental health

1

services agency for breach of contract.  The amended complaint alleges that plaintiff contracted with defendant for rental housing and for certain day-to-day services, such as providing transportation for plaintiff to various appointments.  The complaint prays that plaintiff "would like [defendant] to leave me alone and stop breaking into my ... locker or other personal belongings and stop letting people into my apartment when I am not at home."  (Am. Compl. at 2.) The complaint alleges no basis for federal jurisdiction.  No federal question appears to be presented and diversity jurisdiction is not apparent on the face of the amended complaint.  Indeed, to the extent the claim which plaintiff intends to pursue has any merit, it appears to be more properly pursued in state court.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted;

2.  Plaintiff shall show cause in writing within twenty days of the date that this order is filed why this matter should not be dismissed for lack of subject matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3); and

3.  Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: November 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\alfaro1614.ifp.osc