IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,                          No. 2:06-cv-1614-MCE-DAD-PS

    Plaintiff,

  v.                                                                   ORDER

TURNING POINT PROGRAM,

    Defendant.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On December 27, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 27, 2006, are adopted in full; and

2. This matter is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

Dated: January 25, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE