IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                    No. CIV S-06-1614 MCE DAD PS

    vs.

TURNING POINT PROGRAM, et al.,    <u>ORDER</u>

    Defendants.

_____/

        This action was dismissed for lack of subject matter jurisdiction on January 26, 2007. On March 14, 2007, plaintiff filed a document titled "Declaration." On April 13, 2007, plaintiff filed a second declaration. Plaintiff is advised that documents may not be filed in a closed case except as provided by the Federal Rules of Civil Procedure. Plaintiff's declarations, which have not been submitted pursuant to any rule, will be disregarded. No order will issue in response to any future document improperly submitted for filing in this closed case.

        IT IS SO ORDERED.

DATED: April 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro1614.closed